1  NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
   State Bar #CA 117234
2  WILLIAM B. COSSITT, #3484
   Office of the United States Trustee
3  300 Booth Street, Room 3009
   Reno NV  89509
4  Telephone: (775) 784-5335
5  Fax: (775) 784-5531
   Nick.Strozza@usdoj.gov
6  Bill.Cossitt@usdoj.gov

7
   Attorneys for United States Trustee
8  Tracy Hope Davis

9                   UNITED STATES BANKRUPTCY COURT

10                       DISTRICT OF NEVADA

11

12  In re:                          )     Case no: BK-N-16-50139-btb
                                     )     Chapter: 7
13  ROBERT WAYNE BEIGHTS and         )
    JACLYN MARTINE BEIGHTS           )     NOTICE OF ENTRY OF ORDER
14                                   )
                                     )
15  _____Debtors_____   )

16       PLEASE TAKE NOTICE THAT an Order Granting Motion Dismissing Case With

17  Prejudice was entered by the above-entitled Court on June 22, 2016  a copy of which is attached

18  hereto.

19
                                    DATED this 11th day of July, 2016.
20
                                    Respectfully submitted,
21                                  Nicholas Strozza
                                    State Bar # CA 117234
22                                  William B. Cossitt
                                    State Bar #3484
23                                  300 Booth Street, #3009
                                    Reno NV 89509
24                                  (775) 784-5335
25
                                    /s/ WILLIAM B. COSSITT
26                                  Attorneys for United States Trustee
                                    Tracy Hope Davis
27

28                                  1

# CERTIFICATE OF SERVICE

1.      On July 11, 2016, I served the foregoing ORDER GRANTING MOTION DISMISSING CASE WITH PREJUDICE

2.      I served the above-named document( by the following means to the persons as listed below:

☑      a.  ECF System (attach Notice of Electronic Filing or list of persons & addresses):

- ATLAS ACQUISITIONS LLC (as)    bk@atlasacq.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov

☑      b.  U.S. Mail, postage fully prepaid (list persons and addresses):

JACLYN MARTINE BEIGHTS
151 RICHARD SPRINGS BLVD
SPARKS, NV 89436

ROBERT WAYNE BEIGHTS
151 RICHARD SPRINGS BLVD
SPARKS, NV 89436

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11TH day of July, 2016.

/s/ Robbin Little
ROBBIN LITTLE



_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
July 11, 2016

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar #CA 117234
WILLIAM B. COSSITT, #3484
Office of the United States trustee
300 Booth Street, Room 3009
Reno NV  89509
Telephone: (775) 784-5335
Fax: (775) 784-5531
Nick.Strozza@usdoj.gov
Bill.Cossitt@usdoj.gov

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case no: BK-N-16-50139-BTB |
| | Chapter 7 |
| ROBERT WAYNE BEIGHTS and | |
| JACLYN MARTINE BEIGHTS | ORDER GRANTING MOTION |
| | DISMISSING CASE WITH |
| | PREJUDICE |
| | |
| | Hearing Date: June 15, 2016 |
| Debtors. | Hearing Time:  10:15 a.m. |

The United States Trustee's Motion to Dismiss Case With Prejudice Pursuant To 11

U.S.C. §§ 109(g), 707(a) and 707(b)(3) ("Motion" Docket #21), came on for hearing after proper

notice and one continuance at the above stated date and time.  William B. Cossitt, Esq., and

1

1  Robbin Little, Paralegal, appeared for the United States Trustee.  Robert Wayne Beights

2  appeared pro se and had filed an Objection, Docket #25.  No other appearances were made.

3      The Court, having read the pleadings, listened to testimony and the arguments of the

4  parties, and having put its findings of fact and conclusions of law on the record in open court,

5

6  pursuant to Federal Rule of Civil Procedure 52 made applicable by Federal Rule of Bankruptcy

7  Procedure 7052, and good cause appearing;

8      IT IS HEREBY ORDERED that the US Trustee's Motion is granted, this case is hereby

9  DISMSSED with prejudice to any refiling of a bankruptcy petition for a period of three years

10  from the entry of this Order, without first obtaining an Order from this Court allowing a petition

11  to be filed for good cause shown.

12

13

14  Submitted by:

15

   __/s/ William B. Cossitt__
16  William B. Cossitt, Esq.
   Office of the United States Trustee
17  300 Booth Street, #3009
   Reno, Nevada 89509
18  775-784-5335

19

20

21

22

23

24

25

26

27

28                                    2

In accordance with LR 9021(c), counsel submitting this document certifies as follows:

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

6-28-16         ROBERT WAYNE BEIGHTS          VIA E-MAIL AT robertbeights@gmail.com

**The Debtors did not approve or disapprove**

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

DATED this 6th day of July, 2016.

WILLIAM B. COSSITT

/S/ WILLIAM B. COSSITT
TRIAL ATTORNEY for the
United States Trustee
Tracy Hope Davis

### #

3